United States District Court
Eastern District of California

**FILED**
Jul 13, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARK WHEELER, et al.
Plaintiff(s)

V.

LG ELECTRONICS USA, INC.
Defendant(s)

Case Number: 1:22-cv-00459-DAD-BAM

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, MITCHELL M. BREIT hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Mark Wheeler, on Behalf of Himself and All Others Similarly Situated

On 03/20/1990 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/12/2022   Signature of Applicant: /s/ Mitchell M. Breit

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | MITCHELL M. BREIT |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 405 East 50th Street |
| City: | New York    State: NY    Zip: 10022 |
| Phone Number w/Area Code: | (347) 668-8445 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | mbreit@milberg.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Alex R. Straus |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 280 S. Beverly Drive |
| City: | Beverly Drive    State: CA    Zip: 90212 |
| Phone Number w/Area Code: | (917) 471-1894 |
| Bar #: | 321366 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **July 13, 2022**

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT