Michael M. Maddigan (State Bar No. 163450)
Vassiliki Iliadis (State Bar No. 296382)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com
vassi.iliadis@hoganlovells.com

*Attorneys for Defendant*

*See signature pages for complete list of parties represented*

# UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WHEELER, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | No. 1:22-cv-00459-DAD-BAM<br><br>**JOINT STIPULATION REQUESTING AN ADDITIONAL 7-DAY EXTENSION, FOR A TOTAL EXTENSION OF 35 DAYS, TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**Complaint Served: June 10, 2022**<br><br>**Current Response Date: July 29, 2022**<br><br>**New Response Date: August 5, 2022**<br><br>~~**[Proposed]**~~ **Order** |

## JOINT STIPULATION

Plaintiff Mark Wheeler ("Plaintiff") and Defendant LG Electronics USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, enter into this Joint Stipulation with reference to the following:

**WHEREAS**, Plaintiff filed the Complaint in this action on April 19, 2022;

**WHEREAS**, Plaintiff served Defendant with the Complaint on June 10, 2022;

**WHEREAS**, the Parties previously stipulated to the 28 day extension provided by Local Rule 144 for Defendant to move, answer, or otherwise respond to the Complaint;

**WHEREAS**, pursuant to that extension, Defendant's current deadline to move, answer, or otherwise respond to the Complaint is July 29, 2022;

**WHEREAS**, due to Defendants' counsel previously scheduled international travel, Defendant requires a brief one-week period of additional time (beyond the 28 days provided by Local Rule 144) to move, answer, or otherwise respond to the Complaint;

**WHEREAS**, Defendant requested, and Plaintiff agreed, that Defendant may have an additional 7-day extension (for a total extension of 35 days), until and including August 5, 2022, to move, answer, or otherwise respond to the Complaint;

**WHEREAS**, this requested extension and the Parties previous July 1, 2022 stipulation under L.R. 144(a) are the only extensions that have been requested or obtained (L.R. 144(b));

**NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD AND SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES STIPULATE AND RESPECTFULLY REQUEST THAT**, Defendant's time to move, answer, or otherwise respond to the Complaint is extended from July 29, 2022 until and including August 5, 2022.

Respectfully submitted,

Dated: July 26, 2022

By: /s/ *Michael M. Maddigan*

Michael M. Maddigan (State Bar No. 163450)
Vassiliki Iliadis (State Bar No. 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601


```
michael.maddigan@hoganlovells.com
vassi.iliadis@hoganlovells.com

Phoebe A. Wilkinson*
Samuel L. Zimmerman*
Ian Lewis-Slammon*
```
**HOGAN LOVELLS US LLP**
```
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
phoebe.wilkinson@hoganlovells.com
samuel.zimmerman@hoganlovells.com
ian.lewisslammon@hoganlovells.com
```

*Counsel for Defendant LG Electronics USA, Inc.*
**Pro hac vice forthcoming*

Dated: July 26, 2022                By: /s/ *Alex R. Straus* (as authorized on 7/25/2022)
Alex R. Straus
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (State Bar No. 321366)
280 S. Beverley Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176
E-Mail: astraus@milberg.com

Gregory F. Coleman*
Adam A. Edwards*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 11000
Knoxville, Tennessee 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
E-Mail: gcoleman@milberg.com
E-Mail: aedwards@milberg.com

Mitchell M. Breit*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 10023
Telephone: (212) 594-5300
Facsimile: (865) 522-0049
E-Mail: mbreit@milberg.com

*Attorneys for Plaintiff and the Proposed Class*
**Pro hac vice forthcoming*

**ORDER**

Pursuant to the parties' stipulation, and cause appearing, Defendant's time to move, answer, or otherwise respond to the Complaint is extended from July 29, 2022, until and including August 5, 2022.

IT IS SO ORDERED.

Dated: **July 27, 2022**          /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE