Michael M. Maddigan (State Bar No. 163450)
Vassi Iliadis (State Bar No. 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com
vassi.iliadis@hoganlovells.com

*Attorneys for Defendant*

*See signature pages for complete list of parties represented*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mark Wheeler, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG Electronics USA, Inc.,<br><br>Defendant. | Case No. 1:22-cv-00459-DAD-BAM<br><br>**JOINT STIPULATION TO REQUEST BRIEFING SCHEDULE ON DEFENDANT'S MOTION AND CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE TO A LATER DATE PENDING THE COURT'S RULING ON DEFENDANT'S MOTION**<br><br>**ORDER**<br><br>Complaint Filed: April 19, 2022<br>Scheduling Conference: August 10, 2022<br>Trial Date: None Set |

## JOINT STIPULATION

Plaintiff Mark Wheeler ("Plaintiff") and Defendant LG Electronics USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, enter into this Joint Stipulation with reference to the following:

**WHEREAS**, Plaintiff filed the Complaint in this action on April 19, 2022. *See* ECF No. 1;

**WHEREAS**, on July 27, 2022, the Court set Defendant's current deadline to move, answer, or otherwise respond to the Complaint for August 5, 2022. *See* ECF No. 13;

**WHEREAS**, on August 1, the Court entered a Minute Order announcing the scheduling conference previously set for August 10, 2022 at 9:00 a.m. would be held on that date via Zoom video conference. *See* ECF No. 14;

**WHEREAS**, pursuant to the Local Rules, the Parties would be required to submit a Joint Scheduling Report no later than August 3, 2022, and a proposed discovery plan no later than August 24, 2022;

**WHEREAS**, Defendant intends to file a dispositive motion in this case on August 5, 2022;

**WHEREAS**, pursuant to the Local Rules, Plaintiff's deadline to oppose Defendant's motion is August 19, 2022, and Defendant's deadline to reply to Plaintiff's opposition is August 29, 2022;

**WHEREAS**, the Parties have met and conferred about a briefing schedule on Defendant's motion that would extend the deadlines for Plaintiff's opposition and Defendant's reply;

**WHEREAS**, the Parties request that Plaintiff have until August 26 to oppose Defendants' motion, and Defendant have until September 16 to Plaintiff's opposition;

**WHEREAS**, because the Parties' briefing on Defendant's motion would not be completed until September 16, 2022, the Parties agree and respectfully request that, in light of Defendant's soon-to-be filed dispositive motion and the Parties' briefing schedule on that motion, the Court continue the initial Scheduling Conference and all related deadlines until after the Court decides Defendants' motion to dismiss;

**WHEREAS**, the Parties' request for a continuance of the Initial Scheduling Conference and related deadlines is not made for the purpose of delay.  Instead, the Parties agree that these

adjustments to the calendar will work to preserve the resources of the parties and, more importantly, the Court.

**NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD AND SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES STIPULATE AND JOINTLY REQUEST THAT,** (i) the Court grant the Parties' requested briefing schedule on Defendant's motion, such that Plaintiff will have until August 26 to file his opposition to Defendant's motion, and Defendant will have until September 16 to file its reply; and (ii) in order to conserve the resources of the Court and the Parties, the Court continue the Initial Scheduling Conference and related deadlines until after it resolves Defendant's motion.

Counsel for Plaintiff has reviewed this stipulation and concurs in its filing.

Dated: August 3, 2022

**HOGAN LOVELLS US LLP**

By: /s/ Vassiliki Iliadis

Michael M. Maddigan (State Bar No. 163450)
Vassiliki Iliadis (State Bar No. 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com
vassi.iliadis@hoganlovells.com

Phoebe A. Wilkinson*
Samuel L. Zimmerman*
Ian Lewis-Slammon*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
phoebe.wilkinson@hoganlovells.com
samuel.zimmerman@hoganlovells.com
ian.lewisslammon@hoganlovells.com

*Counsel for Defendant LG Electronics USA, Inc.*
*\*Pro hac vice forthcoming*

| | | |
|---|---|---|
| 1 | Dated: August 3, 2022 | By: /s/ Alex R. Straus (as authorized) |

Alex R. Straus
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (State Bar No. 321366)
280 S. Beverley Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176
E-Mail: astraus@milberg.com

Gregory F. Coleman*
Adam A. Edwards*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 11000
Knoxville, Tennessee 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
E-Mail: gcoleman@milberg.com
E-Mail: aedwards@milberg.com

Mitchell M. Breit*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 10023
Telephone: (212) 594-5300
Facsimile: (865) 522-0049
E-Mail: mbreit@milberg.com

*Attorneys for Plaintiff and the Proposed Class*
**Pro hac vice forthcoming*

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, the request for a briefing schedule on Defendant's intended motion to dismiss and to continue the Initial Scheduling Conference is GRANTED.

IT IS HEREBY ORDERED as follows:

1. Plaintiff shall have until August 26, 2022, to oppose Defendant's intended motion to dismiss, and Defendant shall have until September 16, 2022, to reply to Plaintiff's opposition.

2. The Initial Scheduling Conference currently set for August 10, 2022, is continued to **December 14, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference, and shall be e-mailed in Microsoft Word format to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: __**August 3, 2022**__         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE