1  Michael M. Maddigan (State Bar No. 163450)
   Vassi Iliadis (State Bar No. 296382)
2  **HOGAN LOVELLS US LLP**
   1999 Avenue of the Stars
3  Suite 1400
   Los Angeles, CA 90067
4  Tel: (310) 785-4600
   Fax: (310) 785-4601
5  michael.maddigan@hoganlovells.com
   vassi.iliadis@hoganlovells.com
6
   *Attorneys for Defendant*
7
   *See signature pages for complete list of parties represented*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MARK WHEELER, on Behalf of Himself and all Others Similarly Situated, | Case No. 1:22-cv-00459-ADA-BAM |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO REQUEST CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE TO A LATER DATE PENDING THE COURT'S RULING ON DEFENDANT'S MOTION** |
| vs. | |
| LG ELECTRONICS USA, INC., | |
| Defendant. | **[Proposed Order]** |
| | Complaint Filed: April 19, 2022 |
| | Scheduling Conference: December 14, 2022 |
| | Trial Date: None Set |

HOGAN LOVELLS US LLP

JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE

## JOINT STIPULATION

Plaintiff Mark Wheeler ("Plaintiff") and Defendant LG Electronics USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, enter into this Joint Stipulation with reference to the following:

**WHEREAS**, Plaintiff filed the Complaint in this action on April 19, 2022. *See* ECF No. 1;

**WHEREAS**, on August 5, 2022, Defendant filed its Motion to Transfer Venue or, In The Alternative, Motion to Dismiss Plaintiff's Complaint ("Defendant's Motion"). *See* ECF No. 18;

**WHEREAS**, prior to the filing of Defendant's Motion, on August 2, 2022, the Parties requested that the Court continue the August 10, 2022 Initial Scheduling Conference and related deadlines until after the Court resolves Defendant's motion. *See* ECF No. 15;

**WHEREAS**, on August 4, 2022, the Court rescheduled the Initial Scheduling Conference to December 14, 2022 at 9:00 a.m. The Court further ordered the Parties to file a Joint Scheduling Report by December 7, 2022. *See* ECF No. 16;

**WHEREAS**, the parties completed briefing on Defendant's Motion on September 16, 2022, and Defendant's Motion remains pending before this Court;

**WHEREAS**, pursuant to the Federal Rules of Civil Procedure, this Court's Local Rules, and this Court's August 4, 2022 order, ECF No. 16, the Parties would be required to conduct a Rule 26(f) conference by November 23, 2022, submit a Joint Scheduling Report no later than December 7, 2022, and submit a proposed discovery plan no later than December 28, 2022;

**WHEREAS**, the Parties have met and conferred about the continuance of the upcoming December 14, 2022 Initial Scheduling Conference and related deadlines and have agreed that a continuance is appropriate in light of Defendant's still-pending Motion;

**WHEREAS**, because Defendant's Motion is still pending, the Parties agree and respectfully request that the Court again continue the Initial Scheduling Conference and all related deadlines until after the Court issues a ruling on Defendants' Motion;

**WHEREAS**, the Parties' request for a continuance of the Initial Scheduling Conference and related deadlines is not made for the purpose of delay. Instead, the Parties agree that these

Hogan Lovells US LLP

2

adjustments to the calendar will work to preserve the resources of the Parties and, more importantly, the Court.

**NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD AND SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES STIPULATE AND JOINTLY REQUEST THAT,** in order to conserve the resources of the Court and the Parties, the Court again continue the Initial Scheduling Conference and related deadlines until after it resolves Defendant's Motion.

Counsel for Plaintiff has reviewed this stipulation and concurs in its filing.

Dated: November 28, 2022

**HOGAN LOVELLS US LLP**

By: */s/ Vassi Iliadis*

Michael M. Maddigan (State Bar No. 163450)
Vassi Iliadis (State Bar No. 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com
vassi.iliadis@hoganlovells.com

Phoebe A. Wilkinson*
Samuel L. Zimmerman*
Ian Lewis-Slammon*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
phoebe.wilkinson@hoganlovells.com
samuel.zimmerman@hoganlovells.com
ian.lewisslammon@hoganlovells.com

*Counsel for Defendant LG Electronics USA, Inc.*
**Pro hac vice forthcoming*

Dated: November 28, 2022

By: */s/ Alex R. Straus*

Alex R. Straus
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (State Bar No. 321366)
280 S. Beverley Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176
E-Mail: astraus@milberg.com

Mitchell M. Breit*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 10023
Telephone: (212) 594-5300
Facsimile: (865) 522-0049
E-Mail: mbreit@milberg.com

*Attorneys for Plaintiff and the Proposed Class*
*\*Pro hac vice forthcoming*

**ORDER**

Having read and considered the Parties' Joint Stipulation to Request Continuance of the Initial Scheduling Conference to a Later Date Pending the Court's Ruling on Defendant's Motion, and there appearing to be good cause for same,

The Court hereby ORDERS:

The Initial Scheduling Conference currently scheduled for December 14, 2022 at 9:00 AM, is continued to **April 18, 2023 at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference.
IT IS SO ORDERED.

Dated:   **November 28, 2022**        /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE