1 | Michael M. Maddigan (State Bar No. 163450)
Vassi Iliadis (State Bar No. 296382)
2 | **HOGAN LOVELLS US LLP**
1999 Avenue of the Stars
3 | Suite 1400
Los Angeles, CA 90067
4 | Tel: (310) 785-4600
Fax: (310) 785-4601
5 | michael.maddigan@hoganlovells.com
vassi.iliadis@hoganlovells.com

6 | *Attorneys for Defendant*

7 | *See signature pages for complete list of parties represented*

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARK WHEELER, on Behalf of Himself and all Others Similarly Situated,

Plaintiff,

vs.

LG ELECTRONICS USA, INC.,

Defendant.

Case No.  1:22-cv-00459-ADA-BAM

**JOINT STIPULATION TO REQUEST CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE TO A LATER DATE PENDING THE COURT'S RULING ON DEFENDANT'S MOTIONS**

**[~~Proposed~~ Order]**

Complaint Filed:  April 19, 2022

Scheduling Conference:  April 18, 2023

Trial Date:  None Set

**JOINT STIPULATION**

Plaintiff Mark Wheeler ("Plaintiff") and Defendant LG Electronics USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, enter into this Joint Stipulation with reference to the following:

**WHEREAS**, Plaintiff filed the Complaint in this action on April 19, 2022.  *See* ECF No. 1;

**WHEREAS**, on August 5, 2022, Defendant filed its Motion to Transfer Venue or, In The Alternative, Motion to Dismiss Plaintiff's Complaint ("Defendant's Transfer Motion").  *See* ECF No. 18;

**WHEREAS**, prior to the filing of Defendant's Transfer Motion, on August 2, 2022, the Parties requested that the Court continue the August 10, 2022 Initial Scheduling Conference and related deadlines until after the Court resolves Defendant's Transfer Motion.  *See* ECF No. 15;

**WHEREAS**, on August 4, 2022, the Court rescheduled the Initial Scheduling Conference to December 14, 2022 at 9:00 a.m.  The Court further ordered the Parties to file a Joint Scheduling Report by December 7, 2022.  *See* ECF No. 16;

**WHEREAS**, the parties completed briefing on Defendant's Transfer Motion on September 16, 2022, and Defendant's Transfer Motion remains pending before this Court;

**WHEREAS**, on November 23, 2022, the Parties submitted a Stipulation and Proposed Order requesting a continuance of the Initial Scheduling Conference, then scheduled for December 14, 2022.  *See* ECF No. 28;

**WHEREAS**, on November 29, 2022, the Court entered an Order rescheduling the Initial Status Conference to its current date, April 18, 2023 at 8:30 a.m.  The Court further ordered the Parties to file a Joint Scheduling Report by April 11, 2023.  *See* ECF No. 29;

**WHEREAS**, on February 23, 2023, Defendant filed a Motion to Compel Arbitration ("Defendant's Arbitration Motion").  *See* ECF No. 30;

**WHEREAS**, in a Minute Order on February 27, 2023, the Court advised the Parties that "due to the judicial resource emergency and COVID pandemic, there are more than 130 motions currently under submission in Judge de Alba's recently re-assigned caseload" and that "it may still be months before the parties' pending motion is resolved."  *See* ECF No. 31;

**WHEREAS**, a ruling on Defendant's Transfer Motion may result in venue being transferred from this Court or may be dispositive of some or all of Plaintiff's claims;

**WHEREAS**, a ruling on Defendant's Arbitration Motion may result in this case being dismissed or stayed pending arbitration;

**WHEREAS**, pursuant to the Federal Rules of Civil Procedure, this Court's Local Rules, and this Court's November 29, 2022 order, ECF No. 29, the Parties would be required to conduct a Rule 26(f) conference by March 28, 2023, submit a Joint Scheduling Report no later than April 11, 2023, and submit a proposed discovery plan no later than May 2, 2023;

**WHEREAS**, the Parties have met and conferred about the continuance of the upcoming April 18, 2023 Initial Scheduling Conference and related deadlines and have agreed that a continuance is appropriate in light of Defendant's still-pending Motions;

**WHEREAS**, because Defendant's Motions are still pending and the issues they raise – regarding the appropriate venue for this action, the validity of Plaintiff's claims, and whether an arbitration agreement governs this dispute – are unresolved, the Parties agree and respectfully request that the Court again continue the Initial Scheduling Conference and all related deadlines until after the Court issues a ruling on Defendant's Motions;

**WHEREAS**, the Parties' request for a continuance of the Initial Scheduling Conference and related deadlines is not made for the purpose of delay.  Instead, the Parties agree that these adjustments to the calendar will work to preserve the resources of the Parties and, more importantly, the Court.

**NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD AND SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES STIPULATE AND JOINTLY REQUEST THAT,** in order to conserve the resources of the Court and the Parties, the Court again continue the Initial Scheduling Conference and related deadlines until after it resolves Defendant's Motions.

Counsel for Plaintiff has reviewed this stipulation and concurs in its filing.

JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE
CASE NO. 1:22-cv-00459-ADA-BAM

1    Dated: March 3, 2023

2

3

                                        HOGAN LOVELLS US LLP

                                        By: /s/ Vassiliki Iliadis

4                                       Michael M. Maddigan (State Bar No. 163450)
                                        Vassiliki Iliadis (State Bar No. 296382)
5                                       **HOGAN LOVELLS US LLP**
                                        1999 Avenue of the Stars
6                                       Suite 1400
                                        Los Angeles, CA 90067
7                                       Tel: (310) 785-4600
                                        Fax: (310) 785-4601
8                                       michael.maddigan@hoganlovells.com
                                        vassi.iliadis@hoganlovells.com

9                                       Phoebe A. Wilkinson*
                                        Samuel L. Zimmerman*
10                                      Ian Lewis-Slammon*
                                        **HOGAN LOVELLS US LLP**
11                                      390 Madison Avenue
                                        New York, NY 10017
12                                      Tel: (212) 918-3000
                                        Fax: (212) 918-3100
13                                      phoebe.wilkinson@hoganlovells.com
                                        samuel.zimmerman@hoganlovells.com
14                                      ian.lewisslammon@hoganlovells.com

15                                      *Counsel for Defendant LG Electronics USA, Inc.*
                                        *Pro hac vice forthcoming*

16

17

18

19

20

21

22

23

24

25

26

27

28

Hogan Lovells US
      LLP

JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE
CASE NO. 1:22-cv-00459-ADA-BAM

Dated: March 3, 2023

By: /s/ Mitchell M. Breit

Alex R. Straus
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC**
Alex R. Straus (State Bar No. 321366)
280 S. Beverley Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176
E-Mail: astraus@milberg.com

Gregory F. Coleman*
Adam A. Edwards*
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC**
800 S. Gay Street, Suite 11000
Knoxville, Tennessee 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
E-Mail: gcoleman@milberg.com
E-Mail: aedwards@milberg.com

Mitchell M. Breit*
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 10023
Telephone: (212) 594-5300
Facsimile: (865) 522-0049
E-Mail: mbreit@milberg.com

*Attorneys for Plaintiff and the Proposed Class*
*\*Pro hac vice forthcoming*

JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE
CASE NO. 1:22-cv-00459-ADA-BAM

1

## **<u>ORDER</u>**

2

3       Pursuant to stipulation and good cause appearing, the Court hereby ORDERS the Initial

4   Scheduling Conference currently scheduled for April 18, 2023 at 8:30 AM is continued to **August**

5   **22, 2023 at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

6   The parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference.

7

8   IT IS SO ORDERED.

9       Dated:   **March 6, 2023**                    /s/ *Barbara A. McAuliffe*

10                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE
CASE NO. 1:22-cv-00459-ADA-BAM